

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
AZ State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED

2021 OCT 13 PM 3: 04

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR21-02663 TUC-JCH(LAB)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 922(a)(6) & 924(a)(2) (False Statements in Connection with Acquisition of Firearm) Count 1 |
| Jesus Damian Ochoa, | |
| Defendant. | 18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about June 9, 2021, in the District of Arizona, Defendant JESUS DAMIAN OCHOA, in connection with the acquisition of a firearm, that is, one (1) Barrett model 82A1, .50 caliber rifle from The Hub, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to The Hub, which statement was intended to deceive The Hub as to a fact material to the lawfulness of such sale of said firearm to Defendant JESUS DAMIAN OCHOA under Chapter 44, Title 18, United States Code, in that Defendant JESUS DAMIAN OCHOA stated that he was the actual transferee/buyer of said firearm.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Count One of the Indictment, Defendant JESUS DAMIAN OCHOA shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to: one (1) Barrett model 82A1, .50 caliber rifle, bearing serial number AA012536.

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: October 13, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR
PUBLIC DISCLOSURE**

/S/

ADAM D. ROSSI
Assistant United States Attorney

*United States of America v. Jesus Damian Ochoa*
*Indictment Page 2 of 2*