GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant United States Attorney
Arizona State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>     vs.<br><br> Jesus Damian Ochoa,<br><br>                    Defendant. | 4:21-CR-02663-JCH-1<br><br>SENTENCING MEMORANDUM |

Plaintiff, United States of America, by its attorneys, GARY M. RESTAINO, United States Attorney, and ADAM D. ROSSI, Assistant United States Attorney, hereby submit its sentencing memorandum in the above-captioned matter. The sentencing hearing is currently scheduled for November 28, 2022, before the Honorable United States District Court Judge John C. Hinderaker.

Having reviewed the findings and recommendations in the Presentence Report (PSR), the government has no objection to the guideline calculations and concurs with the recommendations listed therein. The government respectfully requests that this Court accept the defendant's plea of guilty to the indictment in this matter.

In this case, the defendant has no criminal history. PSR ¶ 22. However, the defendant was a member of the U.S. Army Reserve until his conduct in this case. PSR ¶ 39. While his desire to serve this country should be recognized, his violation of his position of trust in the community and callous disregard for the safety of United States citizens and

our neighbors in the Republic of Mexico should also be considered.

Importantly, in this offense the defendant admitted to purchasing the firearm, a Barret .50 caliber rifle, an anti-material rifle, for another individual. It is common knowledge that straw purchases are utilized by Mexican cartels in order to smuggle such firearms to Mexico. PSR ¶¶ 4-7, and pg. 12. As the Court is aware, the illegal export of such firearms puts the citizens of Mexico, and the United States, in extreme danger.

In summation, based on the nature of this serious offense and his role within it, but accounting for the defendant's lack of criminal history and return of the rifle, a sentence of probation is appropriate. Therefore, the government would request the Court accept the defendant's plea of guilty, and impose the recommendations of Probation, including a term of 5 years probation.

Based upon the nature of the current offense and the criminal history of the defendant, the sentence is sufficient, but not greater than necessary, to reflect the seriousness of the offense, promote respect for the law, and provide just punishment.

Respectfully submitted this 21st day of November, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

s/ Adam D. Rossi
ADAM D. ROSSI
Assistant U.S. Attorney

Copy of the foregoing served electronically or by
other means this 21st day of November, 2022, to:

James D. Smith, FPD,
Attorney for Defendant

- 2 -